AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JACOBO AILON MENDOZA,

Petitioner.

v.

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 5:26-cv-352

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated April 6, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date  April 6, 2026

John E. Triplett, Clerk of Court

Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020